1

2

3

JS6

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

12

T.H.,

Case No. 2:19-cv-05779-SHK

13

Plaintiff,

14

v.

JUDGMENT

15

ANDREW M. SAUL, Commissioner of
Social Security,

16

Defendant.

17

18

19

It is the judgment of this Court that the Commissioner of Social Security's

20

decision is REVERSED and this case is REMANDED to the Social Security

21

Administration for further proceedings consistent with this Court's Order.

22

23

24

DATED: 6/8/2020

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge

25

26

27

28